November 15, 2016

**VIA ECF**

Honorable Jose L. Linares
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *United States v. Anthony Blumberg*, Criminal Docket No. 14-458-JLL

Dear Judge Linares:

Pursuant to the Court's October 3, 2016 Order, Mr. Blumberg and Non-Party ConvergEx respectfully submit this joint letter to update the Court as to the trial-related discovery issues. (*See* ECF No. 151 ¶ 3.) Since the October 3 Order, counsel for Mr. Blumberg and ConvergEx have met and conferred in good faith regarding Mr. Blumberg's discovery requests. We have participated in several meet and confer discussions, including as recently as yesterday. We expect these conversations to continue in a joint effort to achieve a resolution of all or some of the outstanding issues.

Accordingly, we jointly request that the Court allow Mr. Blumberg and ConvergEx to continue conferring in order to attempt to resolve the trial-related discovery issues, and that we provide a subsequent update to the Court on or before December 2, 2016 as to the status of our discussions.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Craig S. Warkol
Craig S. Warkol
Kelly Koscuiszka
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
212-756-2000
craig.warkol@srz.com
kelly.koscuiszka@srz.com

*Counsel for Non-Parties ConvergEx Group LLC and Schulte Roth & Zabel LLC*

/s/ Seth L. Levine
Seth L. Levine
Christos G. Papapetrou
LEVINE LEE LLP
666 Fifth Avenue
New York, NY 10103
212-223-4400
slevine@levinelee.com
cpapapetrou@levinelee.com

*Counsel for Defendant Anthony Blumberg*

SO ORDERED: _____

DATED: 11/18/16